In the Matter of the Application of JAMES A. HAMILL for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of NEWTON WHITFIELD McCONNELL for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of DEE STONE for Admission to the Bar. (From the State of Utah.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

CARRIE M. MANHEIMER, Plaintiff, v. THOMAS F. ROCHFORD and Others, Defendants. PEPPARD REALTY COMPANY, INC., Appellant; A. GORDON MURRAY and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

CARRIE M. MANHEIMER, Plaintiff, v. THOMAS F. ROCHFORD and Others, Defendants. PEPPARD REALTY COMPANY, INC., Appellant; A. GORDON MURRAY and Others, Respondents.— Motion to dismiss appeal and to vacate stay granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARY BRINEY, as Administratrix, etc., of CORNELIUS BRINEY, Deceased, Appellant, v. SYLVESTER ROSENTHAL and SAMUEL MOSKOWITZ, etc., and Others, Respondents.— Judgment reversed upon the law, and a new trial granted, with costs to abide the event, on the authority of Sheridan v. Rosenthal [ante, p. 279], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THOMAS ROLAND CORNEILSON, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Order of the County Court of Kings county setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RUTH E. FULD, Appellant, v. ALEX GOLDBERG, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Estate of DAVID HORN, Deceased.— Order of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jaycox, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents.

CHARLES MANN, an Infant, by CHARLES F. MANN, His Guardian ad Litem, Respondent, v. LAMAR L. FLEMING, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CHARLES F. MANN, Respondent, v. LAMAR L. FLEMING, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ESSA HABIB, Respondent.— Judgment and order of the Court of Special Sessions modified by striking therefrom the provision dismissing the complaint, and by inserting instead a direction for a new trial, and as so modified affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

WILLIAM STEVENS, Respondent, v. HARRY JACOBS and Another, Doing Business as PEERLESS CLOTH EXAMINING WORKS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.